AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
RAMI KANAAN
*Defendant*

Case No. 3:26 CR 00099

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RAMI KANAAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1349 and 1343 - Conspiracy to Commit Wire Fraud

Counts 2-4: 18 U.S.C. § 1343 and 2 - Wire Fraud

Count 5: 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering

FILED
RICHARD W. NAGEL
CLERK OF COURT
OCT 26 2026 2:10 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

Date: 10/13/2026

*Issuing officer's signature*

City and state: Dayton, Ohio

Caroline H. Gentry, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/21/2026, and the person was arrested on *(date)* 10/21/2026
at *(city and state)* Chicago, IL.

Date: 10/21/2026

*Arresting officer's signature*

PARISI, M DUSM
*Printed name and title*